

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAY 17 2023 5:29 pm
Margaret Botkins, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No. | 23-CR-71-S |
| Plaintiff, | Ct 1: | 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C) (Conspiracy to Distribute Fentanyl and Methamphetamine) |
| v. | | |
| VICTORIA ZUPKO, | Ct 2: | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute Fentanyl and Methamphetamine) |
| Defendant. | | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about November 1, 2022, through on or about March 21, 2023, in the District of Wyoming and elsewhere, the Defendant, **VICTORIA ZUPKO**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree with other persons known and unknown to the grand jury to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, and methamphetamine, Schedule II controlled substances.

In violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C).

### COUNT TWO

On or about March 21, 2023, in the District of Wyoming, the Defendant, **VICTORIA ZUPKO**, did knowingly, intentionally, and unlawfully possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, and methamphetamine, Schedule II controlled substances.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

A TRUE BILL:

/s/ Ink Signature on File in Clerk's Office
FOREPERSON

_____
NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | VICTORIA ZUPKO |
| **DATE:** | May 16, 2023 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** Ct: 1 | 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C) (Conspiracy to Distribute Fentanyl and Methamphetamine)<br><br>0-20 Years Imprisonment<br>Up To $1,000,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| Ct: 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) (Possession with Intent to Distribute Fentanyl and Methamphetamine)<br><br>0-20 Years Imprisonment<br>Up To $1,000,000 Fine<br>Nlt 3 Years To Life Supervised Release<br>$100 Special Assessment |
| **TOTALS:** | 0-40 Years Imprisonment<br>Up To $2,000,000 Fine<br>3 Years to Life Supervised Release<br>$200 Special Assessment |
| **AGENT:** | Richard Fergon, USPIS |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |