

**FILED**

8:34 am, 5/26/23

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Case No. 23-CR-00071-J |
| VICTORIA A. ZUPKO, | |
| Defendant, | |

ORDER GRANTING MOTION FOR RELEASE TO ATTEND FUNERAL

THIS MATTER has come to the court upon the Motion of the Defendant for an Order Allowing Emergency Release of Defendant to Attend Her Grandfather's Funeral; and the court being advised that Defendant's grandfather, Toby Ronald Rathie, passed on April 5, 2023, and funeral services will occur on June 1, 2023, at the Smith Funeral Chapel in Billings, Montana. Defendant is presently confined in pre-trial detention and requests that she may be furloughed from confinement on May 31, 2023, to attend the aforesaid funeral on June 1, 2023, in Billings, Montana.

Arrangements are in place for the Defendant to be released to Defendant's friend, Brianna Boot, on May 31, 2023, at 7:00 A.M. after the court confirmed Ms. Boot to be a satisfactory individual to accompany and transport Defendant to Billings, Montana to attend the funeral service, followed by travel to Defendant's mother at Powell, Wyoming,

and appearance for her Initial Appearance/Arraignment at Cody, Wyoming at 10:15 A.M. on June 2, 2023. Ms. Boot will return with the Defendant to the place of detention on or before 9:00 P.M. to return to custody of the U.S. Marshal. Defendant shall not violate any federal, state, or local law while furloughed.

**IT IS SO ORDERED.**

Dated this 25th day of May, 2023.

*Alan B. Johnson*
Alan B. Johnson
United States District Judge