# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:00 pm, 6/2/23

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.

VICTORIA ZUPKO

Defendant.

Case Number:   23-cr-71-ABJ

Date 6/2/2023      Time 10:20 - 10:33 AM      Before the Honorable    Kelly H. Rankin

☑ Indictment     ☐ Information     ☐ Complaint     ☑ Arraignment     ☐ Rule 5

☑ Initial Appearance     ☐ Detention Hearing     ☐ Preliminary Hearing     ☐ Removal Hearing

☐ Other

Offense: Conspiracy to Distribute Fentanyl and Methamphetamine (1)
Possession with Intent to Distribute Fentanyl and Methamphetamine (2)

| MiYon Bowden | FTR Recording | N/A |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Michael Elmore | N/A | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared    ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Timothy Blatt

☐ FPD    ☐ PANEL-CJA    ☑ RETAINED    ☐ WAIVED

**Initial appearance**      Date  6/2/2023

(Comments)  Defendant advised of her rights and charges.

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____  Time _____  Judge _____

☐ Preliminary hearing set for:  Date _____  Time _____
Judge _____  in _____

☐ Revocation hearing set for:  Date _____  Time _____
Judge _____  in _____

☐ Detention hearing set for:
Date _____  Time _____  Judge _____

☐ Removal hearing set for:
Date _____  Time _____  Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____

## Arraignment

☐ Defendant waives indictment
☐ Defendant waives reading of indictment
☐ Information filed by Government
☐ Superseding indictment/information filed by Government
☒ Indictment
☐ Complaint

## Defendant enters a plea of

☑ Not guilty to count(s)
1, 2          of an  Indictment
☐ Guilty to count(s)
_____ of an  _____

## Not Guilty Plea

☑ Court orders discovery per rule 16 FRCrP
☑ Photocopy of discovery is permissible
☑ Court orders access to Grand Jury Transcripts
Motions to be filed  ☐ Days  ☐ On or Before  ☐ Discovery
☑ Trial date set for  7/10/23  at 1:30 PM  Before Honorable     Alan B. Johnson
in  Cheyenne, Wyoming (Courtroom 2)
☑ Speedy trial expires on   7/4/2023
☐ Other